FAX or Internet

# UNITED STATES DISTRICT COURT

## for the

## District of Arizona

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | |
| **Orion Lee Flood-Laffoon,** | ) | |
| **an Indian male born in 2003** | ) | Case No.   23–04081 MB |
| | ) | |
| | ) | |
| | ) | |

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer.

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of   Arizona. _____
*(identify the person or describe the property to be searched and give its location)*:   **See Attachment A.**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:   **See Attachment B.**

I find that the affidavit(s), or any recorded testimony, have been communicated by reliable electronic means and establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ April 21, 2023 _____
*(not to exceed 14 days)*

[X] in the daytime  6:00 a.m. to 10 p.m.   [ ] at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the search warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave a search warrant copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge _____ Any U.S. Magistrate Judge in the Dist. of Arizona _____ .
*(Name)*

[ ] I find that immediate notification may have an adverse result as specified in 18 U.S.C. § 3103a  (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   [ ] for _____ days *(not to exceed 30)*.
[ ] until, the facts justifying, the later specific date of _____ .

**Camille D Bibles**
Digitally signed by Camille D Bibles
Date: 2023.04.07 12:40:25 -07'00'

Date and Time Issued: _____

*Judge's Signature*

City and State:   Flagstaff, Arizona _____        Camille D. Bibles, United States Magistrate Judge

## ATTACHMENT A – DESCRIPTION OF PERSON TO BE SEARCHED

Orion Lee Flood-Laffoon (Flood-Laffoon) is a 19-year-old Indian male.  He is approximately 5'7" tall and weighs approximately 137 pounds.  Flood-Laffoon has black hair and brown eyes.  The last four numbers of his Social Security Number are 4743.  He was born in 2003.   Flood-Laffoon is believed to live on the Colorado Indian Tribes Indian Reservation (CRIT) in the District of Arizona.  He is currently in custody on tribal charges at the CRIT Adult Detention Center in Parker, Arizona, which is in the District of Arizona.

## **ATTACHMENT B – THINGS TO BE SEIZED**

1.      Evidence in the form of a deoxyribonucleic acid (DNA) standards to be obtained from Orion Lee Flood-Laffoon (Flood-Laffoon).  The process of collection will be limited to the seizure of DNA standards by the use of two (2) buccal swabs. The method of collection will be oral; that is, by inserting the buccal swabs into the mouth of Flood-Laffoon for the purpose of collecting saliva (i.e., DNA standards).

2.      Photographs of Flood-Laffoon's unclothed body (i.e., naked), including his penis, genitalia, and crotch area (including pubic hair).

| Return | | |
|---|---|---|
| Case No.:<br>23–04081 MB | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

| Certification |
|---|

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing Officer's Signature*

_____
*Printed Name and Title*

FAX or Internet

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

**Orion Lee Flood-Laffoon,**
**an Indian male born in 2003**

)
)
)
)

Case No.   23–04081 MB

(Original To Be Filed With Court)

## ELECTRONIC APPLICATION FOR SEARCH WARRANT

I, the undersigned, a federal law enforcement officer, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on and within the following person or property:
**See Attachment A.**
located in the _____ District of _____ Arizona _____, there is now concealed:
**See Attachment B.**
The basis for the search under Fed. R. Crim. P. 41(c) is:

[X] evidence of a crime;

[ ] contraband, fruits of crime, or other items illegally possessed;

[ ] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Sections* | *Offense Descriptions* |
|---|---|
| 18 U.S.C. §§ 1153 and 2241(a) | Aggravated Sexual Abuse – Indian Country |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice of _____ days (give exact ending date if more than 30 days) days:
is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by: *_/s AUSA Paul V. Stearns_*
**Pursuant to 28 U.S.C. §1746(2), I declare under penalty**
**of perjury that the foregoing is true and correct.**

_____
*Applicant's Signature*

Executed on April 7, 2023

Joseph R. Pullia, Special Agent, FBI
*Printed Name and Title*

___X___ Sworn by Telephone

Date/
Time:

**Camille D Bibles**

Digitally signed by Camille D Bibles
Date: 2023.04.07 12:40:01 -07'00'

_____
*Judge's Signature*

City and State:  Flagstaff, Arizona

Camille D. Bibles , United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A – DESCRIPTION OF PERSON TO BE SEARCHED

Orion Lee Flood-Laffoon (Flood-Laffoon) is a 19-year-old Indian male. He is approximately 5'7" tall and weighs approximately 137 pounds. Flood-Laffoon has black hair and brown eyes. The last four numbers of his Social Security Number are 4743. He was born in 2003. Flood-Laffoon is believed to live on the Colorado Indian Tribes Indian Reservation (CRIT) in the District of Arizona. He is currently in custody on tribal charges at the CRIT Adult Detention Center in Parker, Arizona, which is in the District of Arizona.

## ATTACHMENT B – THINGS TO BE SEIZED

1.      Evidence in the form of a deoxyribonucleic acid (DNA) standards to be obtained from Orion Lee Flood-Laffoon (Flood-Laffoon).  The process of collection will be limited to the seizure of DNA standards by the use of two (2) buccal swabs. The method of collection will be oral; that is, by inserting the buccal swabs into the mouth of Flood-Laffoon for the purpose of collecting saliva (i.e., DNA standards).

2.      Photographs of Flood-Laffoon's unclothed body (i.e., naked), including his penis, genitalia, and crotch area (including pubic hair).

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, <u>FBI Special Agent Joseph R Pullia</u>, state under oath as follows:

1.      Your affiant is employed as a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and has been so employed since September 2022.   Your affiant is a sworn federal law enforcement officer, with six years of prior sworn law enforcement experience at the state level.   Your affiant is currently assigned to the FBI Phoenix Division, Lake Havasu City Resident Agency, and is charged with the investigation of crimes occurring on (among other places) the Colorado Indian Tribes (CRIT) Indian Reservation.   Your affiant's duties include the investigation of violent crimes occurring within Indian Country within the District of Arizona.

2.      The information contained in this affidavit is based upon your affiant's personal knowledge, training, experience, as well as information provided by other law enforcement officers and witnesses including those listed herein.   Your affiant has not included every fact known to him concerning this investigation.   Your affiant has set forth only the facts necessary to establish probable cause to support issuance of the requested search warrant.

## Background/Introduction

3.      This case involves a sexual assault, specifically an Aggravated Sexual Abuse in Indian Country, in violation of Title 18, United States Code, Sections 1153

1

and 2241(a).  The alleged assault took place on or about February 8, 2023, at a residence on Mohave Road, Parker, Arizona, 85344, which is within the exterior boundaries of the CRIT Indian Reservation in the District of Arizona.  Based on your affiant's training and experience, it is known that the CRIT Indian Tribe is a federally recognized Indian tribe.

4.     The suspect of the sexual assault is Orion Lee Flood-Laffoon (FLOOD-LAFFOON), a 19-year-old Indian male.  He is an enrolled member of the CRIT Indian Tribe.  The victim, referred to herein as Jane Doe, is a female.  She is also a member of the CRIT Indian Tribe.  Jane Doe was 16-years old at the time of the sexual abuse/assault.  In short, FLOOD-LAFFOON sexually assaulted Jane Doe both vaginally and anally, doing so by force and threat of force.

5.     The purpose of this proposed search warrant is to obtain DNA standards (i.e., buccal swabs) from FLOOD-LAFFOON's mouth (cheek area).  Additionally, photographs of FLOOD-LAFFOON's person, including his genital area, are being sought.  FLOOD-LAFFOON is further described in Attachment A, and the thing to be searched for and seized are particularly described in Attachment B.

### Investigation

6.     According to CRIT Police Department (PD) case number 2023-00000499, Detail Call for Service Report and Case Reports, at approximately 1:13 p.m. on February 8, 2023, the CRIT PD Dispatch Center received a 911 call from a woman who saw a male and female arguing on Mohave Road in Parker, Arizona.

2

This area is within the confines of the CRIT Indian Reservation in the District of Arizona.   The reporting party described the woman as being in distress.

7.     CRIT PD Police Officers Murphy, Lee, Ramirez, and Jacobo responded to the area. Officers Jacobo and Murphy noted in their reports that they received information from the dispatch center that the male was on top of an unknown female prior to their arrival on scene.

8.     The officers made contact with Jane Doe and FLOOD-LAFFOON. FLOOD-LAFFOON was arrested on an active tribal arrest warrant.   A bag of fentanyl pills and a 9mm Taurus pistol were seized during a search incident to arrest. The pills were in FLOOD-LAFFOON's pocket.   Prior to the search, FLOOD-LAFFOON voluntarily stated, in reference to the pills, something to the effect of, "Ah shit man, I got some shit in my pocket man."   The pistol was seized from FLOOD-LAFFOON's backpack that he had with him during his arrest.

9.     Jane Doe provided her name to the officers.   She initially declined to make a statement and advised she wanted her mother to pick her up.   Jane Doe identified her mother as G.D.   Jane Doe advised Officer Murphy that she and FLOOD-LAFFOON were coming from his aunt's house on Sharp Road in Parker, Arizona.   Officer Murphy asked Jane Doe if the house she was referring to was the Laffoon residence.   Jane Doe responded yes.   Jane Doe was crying during her interaction with the police officers.   The officers released Jane Doe to her mother.

10.    At approximately 1:11 p.m. on February 9, 2023, Jane Doe's mother, G.D., called the CRIT PD Dispatch Center and reported that Jane Doe had been sexually and physically assaulted by FLOOD-LAFFOON the prior day (February 8, 2023).   CRIT PD assigned this incident and the subsequent investigation as case number 2023-00000510.

11.    According to the CRIT PD Detail Call for Service Report, Jane Doe's mother advised that FLOOD-LAFFOON took advantage of Jane Doe without her consent, and that Jane Doe had bite marks on her neck and chest.   Jane Doe also had a black left eye and a broken nose.

12.    Officer Murphy responded to the report and documented his actions in a case report.   According to Officer Murphy's report, Jane Doe's mother, G.D. advised that Jane Doe told her about being physically and sexually assaulted by FLOOD-LAFFOON.   The assault took place on February 8, 2023.   FLOOD-LAFFOON physically beat and sexually assault Jane Doe in his bedroom at his aunt's residence located on Mohave Road in Parker, Arizona.   Jane Doe fled the residence, and FLOOD-LAFFOON tried to push her into the canal shortly before the CRIT PD police officers contacted them as described above.

13.    G.D. advised she observed that Jane Doe had bite markings on her neck and chest, strangulation markings, a black eye along the left side of her face, and an apparent broken nose.   Officer Murphy collected the clothing Jane Doe was wearing during the assault as evidence.   Officer Murphy further requested Officer Eddy to

photograph Jane Doe's injuries and document her activities in a supplemental report. Officer Eddy's report indicated she photographed Jane Doe's injuries at about 2:41 p.m. on February 9, 2023.

14.    At about 5:46 p.m., on February 9, 2023, Jane Doe was treated at the Parker Hospital in Parker, Arizona.   The records of this treatment indicate Jane Doe was treated for "domestic violent situation" and for a nasal bone fracture.

15.    At about 7:25 p.m. on February 9, 2023, Jane Doe underwent a Sexual Assault Exam (SAE) at the H.A.V.E.N. Family Resource Center in Lake Havasu City, Arizona.   The exam was conducted by Registered Nurse Y.J.   According to the SAE report, Jane Doe disclosed that FLOOD-LAFFOON hit her, pointed a gun at, threatened her, slapped her on the face with his penis, vaginally raped her, strangled her, continued to punch her resulting in her broken nose, pushed her down in the dirt, and punched and kicked her.   Jane Doe ran away, and FLOOD-LAFFOON caught up with her and pushed her down the canal.   When she got up, Jane Doe said she asked people to help her and for somebody called the cops.

16.    During follow-up questioning, Jane Doe disclosed that FLOOD-LAFFOON had both vaginally and anally penetrated her.   She said that FLOOD-LAFFOON had also bit both of her breasts.   Jane Doe described FLOOD-LAFFOON'S penis as being uncircumcised and unshaved.   The SAE report documented injuries, including "purplish" areas on the bridge of her nose, right neck, left neck, throat, left shoulder, right thigh, right breast, and left breast.   One of the

5

injuries to her right breast was described as "purplish", "1 x 3 cm", and "linear teeth appearance."   The SAE kit was initially collected as evidence by CRIT PD Investigator Cody Paddock.

17.   On March 1, 2023, Jane Doe was forensically interviewed at the FBI Lake Havasu City Resident Agency by an FBI Child and Adolescent Forensic Interviewer (CAFI) Katy VanDewark.   FBI SA Kemper Mills and CRIT Investigator Cody Paddock observed the forensic interview and documented their observations in separate reports.   Their reports indicated that during the forensic interview, Jane Doe disclosed being physically assaulted and vaginally and anally raped by FLOOD-LAFFOON.   She advised that during the assault FLOOD-LAFFOON pointed a pistol at her, and that she left her blanket at the house where she was assaulted.   Following the interview, Jane Doe was asked to further describe the blanket.   She advised that it was brown and had Virgin Mary in a praying position on it.   It was sitting on the bed where she was assaulted.

18.   On March 10, 2023, CRIT PD Investigator Paddock went to the address on Mohave Road in Parker, Arizona, where the sexual assault was described to have occurred, and he recovered a brown blanket that fit the description provided by Jane Doe.

19.   On March 29, 2023, FBI SA Mills collected the SAE kit, Jane Doe's clothing, the Virgin Mary blanket, and FLOOD-LAFFOON's pistol from CRIT PD. The SAE kit indicated swabs were collected from the external area of Jane Doe's

vagina, anus, and the external area of her genitals.   Your affiant also reviewed
photographs taken during the SAE.   The photographs were consistent with the
injuries described in the SAE report.

### Things to Be Searched for and Seized

20.   This affidavit is submitted in support of an application for a search
warrant to obtain photographs of and DNA standards from FLOOD-LAFFOON.
FLOOD-LAFFOON is a 19-year-old Indian male.   He is approximately 5'7" tall
and weighs approximately 137 pounds.   FLOOD-LAFFOON has black hair and
brown eyes.   The last four numbers of his Social Security Number are 4743.   He
was born in 2003.

21.   Based on your affiant's experience and training, it is known that
evidence or trace evidence such as semen, skin cells, blood, saliva, and/or hair – all
being DNA evidence – may be transferred and/or deposited during sexual activity
and/or during a physical assault.   Often such evidence remains in and/or on clothing
after the sexual activity and/or assault.   Likewise, often such evidence remains in
and/or on person's body after sexual activity and/or an assault.   Furthermore, DNA
evidence (or swabs containing suspected DNA evidence such as semen or bodily
fluids) is recovered and preserved during a sexual assault exam.   While sometimes
DNA evidence is clearly visible, it often requires observation and analysis by
forensic technicians in a laboratory setting to detect, analyze, and/or compare.

22.    Your affiant knows that in order to compare DNA located on items of evidence to potential suspect(s), known DNA standard(s) from the suspect(s) are required for comparison.   In this case, your affiant is seeking DNA evidence from FLOOD-LAFFOON in the form of buccal swabs (i.e., two swabs) taken from his cheek area inside of his mouth. Those swabs can then be compared to the DNA evidence collected during this investigation.

23.    Your affiant is also seeking authorization to photograph FLOOD-LAFFOON'S unclothed (i.e., naked) body, including his penis, genitalia, and crotch area (including pubic hair).   These photographs are being sought because Jane Doe described FLOOD-LAFFOON's penis as being uncircumcised and unshaved.

24.    It is anticipated that the search warrant will be executed at the CRIT Adult Detention Center in Parker, Arizona, which is in the District of Arizona, where FLOOD-LAFFOON is currently in tribal custody.

25.    The things to be searched for and seized from FLOOD-LAFFOON, who is further described in Attachment A, are specifically described in Attachment B.

## Conclusion

26.    Based upon your affiant's training, experience, and observations, your affiant submits that there is probable cause to believe that violations of federal law have occurred, specifically violations of Title 18, United States Code, Sections 1153

and 2241, and that there is evidence of those violations, in the form of a DNA standards and photographs located in or on the body of FLOOD-LAFFOON.

27.    Your affiant respectfully requests that a search warrant be issued for the things described in Attachment B.

**Pursuant to 18 U.S.C. § 922(g), I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: _April 7, 2023_       _____
                                        Joseph R Pullia, Special Agent, FBI

___X___   Sworn by Telephone


Date/Time:   _____

# Camille D Bibles

Digitally signed by Camille D Bibles
Date: 2023.04.07 12:39:32 -07'00'

_____
Camille D. Bibles
United States Magistrate Judge

9